STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

CHARLES NAGY and
BRENDA NAGY,

      Plaintiffs,

v                                  Case No. 12-4490 NI
                                  HON. MARGARET M.S. NOE

NATHAN KURTZ and
WILLIAM KURTZ

      Defendants.

_____

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
(419) 539-9200

JOHN W. WHITMAN (P37932)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

_____

**NOTICE FOR REMOVAL OF CAUSE TO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>**

TO:    SAMUEL G. BOLOTIN (P26202)

       1.    <u>State Court Action.</u>   This is an action initially filed in the Circuit Court for the

County of Lenawee, State of Michigan on July 20, 2012, being numbered 12-4490 NI on

the docket of said Court, asserting a claim against the Defendants NATHAN KURTZ and

WILLIAM KURTZ, seeking to recover insurance payments as a result of actions of others and/or breach of insurance contract.

      2.     <u>Diversity of Citizenship</u>.    That the Plaintiffs, as is alleged in Paragraph 1, of the Complaint are citizens of the United States, and of the State of Michigan.  The Defendants, NATHAN KURTZ and WILLIAM KURTZ are citizens of the United States, and of the State of Ohio; Defendants.  For the purposes of the removal, the Defendants are not citizens of the State of Michigan and, therefore, there exists a complete diversity of citizenship between the parties and this Court has jurisdiction pursuant to 29 U.S.C. §1332.

      3.     <u>Amount in Controversy</u>.    Plaintiffs allege that the amount in controversy exceeds $25,000.00.  Upon information and belief, if Plaintiffs are able to prove all of their damages, and if all of Defendants' affirmative defenses fail, this matter will more likely than not exceed the amount in controversy limit for diversity jurisdiction of $75,000.00.  Nothing in this document should be construed to mean that these Defendants stipulate to any amount of damages to Plaintiffs, and that the allegations in this document are only meant as proof of the amount in controversy.

      4.     <u>State Court Documents Attached</u>.    A Summons and Complaint was served upon the Defendants NATHAN KURTZ and WILLIAM KURTZ, on July 24 , 2012 by a process server.  Removal is timely under 28 U.S.C. §1446(b).  NATHAN KURTZ and WILLIAM KURTZ have not appeared in the Circuit Court for the County of Lenawee, State of Michigan.  Attached hereto is a copy of the Complaint and Summons as it was served upon the Defendants NATHAN KURTZ and WILLIAM KURTZ.

      5.     <u>Relief Requested</u>.    Defendants NATHAN KURTZ and WILLIAM KURTZ respectfully request the United States District Court for the Eastern District of Michigan

accept this Notice of Removal and that it assume jurisdiction of this cause and issue such

further orders and processes that may be necessary to bring before it all parties necessary

for the trial hereof.

Respectfully submitted,

GARAN LUCOW MILLER, P.C.

*/s/ John W. Whitman*
**GARAN LUCOW MILLER, P.C.**
101 North Main Street, Suite 460
Ann Arbor, MI   48104-5517
734.930-5600
jwhitman@garanlucow.com
P37932

DATED: August 17, 2012

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court | 2nd copy - Plaintiff |
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | SUMMONS AND COMPLAINT | |
| JUDICIAL CIRCUIT | | 12-4490-NI |
| COUNTY PROBATE | | |

Court address _____ Court telephone no.

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| Charles Nagy and Brenda Nagy<br>4011 Rodesiler Hwy.<br>Deerfield, MI 49238 | v | Nathan Kurtz<br>6055 Washburn Rd.<br>Berkey, OH 43504<br><br>and<br><br>William Kurtz<br>6055 Washburn Rd.<br>Berkey, OH 43504 |

| Plaintiff attorney, bar no., address, and telephone no. |
|---|
| Samuel G. Bolotin (P 26202)<br>The Bolotin Law Offices<br>3932 Executive Parkway<br>Toledo, OH 43606<br>(419)539-9200 |

HONORABLE
MARGARET M.S. NOE

**SUMMONS** **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| JUL 2 0 2012 | OCT 1 9 2012 | Roxann Holloway |

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint/
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| 4011 Rodesiler Hwy., Deerfield, MI | 6055 Washburn Rd., Berkey, Ohio |

| Place where action arose or business conducted |
|---|
| Lenawee County, Michigan |

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

| 7/19/2012 | | |
|---|---|---|
| Date | | Signature of attorney/plaintiff |

If you require special accommodations to use the court because of disabilities, contact the court immediately to make arrangements.

MC 01 (9/98) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

STATE OF MICHIGAN

LENAWEE COUNTY CIRCUIT COURT

CHARLES NAGY,
4011 Rodesiler Hwy.
Deerfield, MI 49238

    and

BRENDA NAGY,
4011 Rodesiler Hwy.
Deerfield, MI 49238

    Plaintiffs,

    vs.

NATHAN KURTZ
6055 Washburn Rd.
Berkey, OH 43504

    and

WILLIAM KURTZ
6055 Washburn Rd.
Berkey, OH 43504

    Defendants.

Case No.: 12-4490-NI

Honorable **HONORABLE MARGARET M.S. NOE**



FILED
39TH CIRCUIT COURT

JUL 2 0 2012

Lenawee County Clerk
Adrian, Michigan

_____

Samuel G. Bolotin (P 26202)
Attorney for Plaintiffs
The Bolotin Law Offices
3232 Executive Parkway
Toledo, Ohio 43606
(419) 539-9200

### COMPLAINT AND JURY DEMAND

    There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

### COMPLAINT

    Now come the Plaintiffs, Charles and Brenda Nagy, by and through their attorney, Samuel G. Bolotin, and states for their Complaint as follows:

*COUNT I*
*AUTO NEGLIGENCE*

1. Plaintiffs are residents of Lenawee County, Michigan.

2. Defendant is a resident of Lucas County, Ohio.

3. The original injury occurred and jurisdiction exists in this court because of an automobile collision that occurred on April 18, 2011 in the City of Riga, Lenawee County, Michigan on Rodesiler Highway.

4. The amount in controversy is within the jurisdiction of this court because Plaintiff Charles Nagy claims damages in excess of $25,000.00.

5. At all relevant times, Defendant William Kurtz was the sole owner of the 2008 Chevy Cobalt bearing the Ohio license number DVJ7312, vehicle number 1G1AM18B787229100, which upon knowledge and belief was being driven with the consent of Defendant William Kurtz at the time of this collision.

6. At the time of the collision, Plaintiff Charles Nagy was the driver of a 2000 Ford Taurus automobile bearing the 2000 Michigan license number 365D71.

7. The vehicle Plaintiff was driving was traveling north on Rodesiler Highway.

8. At that time and place, Defendant Nathan Kurtz ran a stop sign and pulled directly into the path of Plaintiff's vehicle, and the two vehicles collided.

9. Defendant Nathan Kurtz owed Plaintiff the following duties of care:

   a. to operate the motor vehicle on the roadway in a manner and at a rate of speed that would permit it to be stopped within a safe distance, MCL 257.627(1)
   b. not to drive the vehicle carelessly and heedlessly with willful and wanton disregard for the safety and rights of others, MCL 257.626(1)

     c.    to keep the automobile constantly under control
     d.    to drive the vehicle on the roadway with due diligence and circumspection, to not endanger or be likely to endanger other persons or property, MCL 257.626b
     e.    to attempt to stop the vehicle when Defendant Nathan Kurtz knew or should have known that failure to do so would naturally and probably result in injury to Plaintiff Charles Nagy
     f.    to observe the highway in front of Defendant's vehicle when Defendant knew or should have known that failure to observe Plaintiff's oncoming vehicle would endanger the life or property of other persons using the roadway
     g.    to come to a stop and yield the right of way to a vehicle which has entered the intersection from another highway or which is approaching so closely on the highway as to constitute an immediate hazard, MC> 257.649

10.    As a direct and proximate result of the breach of Defendant driver's duties, the collision occurred and the injuries stated in this complaint resulted.

11.    As a direct and proximate result of the negligence of Defendant Nathan Kurtz, Plaintiff Charles Nagy suffered serious injuries and will suffer future or permanent mental anguish, pain and suffering, injuries, and limitations, including serious impairment of body function or permanent serious disfigurement and aggravation of any preexisting conditions.  Plaintiff Charles Nagy's damages include, but are not limited to, the following injuries:

     a.    serious and permanent injuries to his back, neck, and other parts of his body resulting in serious impairment of body function or permanent serious disfigurement
     b.    pain, suffering, and mental anguish
     c.    wage loss or actual future loss of earnings to the extent that such losses are recoverable in excess of the no-fault statutory monthly and yearly maximums that are found to apply
     d.    other damages, injuries, and consequences that are found to be related to the automobile accident that develop during the course of discovery, to the extent that the damages are recoverable under the Michigan No-Fault Insurance Act.

Plaintiff Charles Nagy asks the court to award damages against Defendant, in whatever amount Plaintiff is found to be entitled in excess of $25,000.00, plus interest, costs, and attorney fees.

## COUNT II
### LOSS OF CONSORTIUM

12. Plaintiff Charles Nagy adopts by reference the paragraphs 1 through 11.

13. Plaintiff Brenda Nagy is, and was at all relevant time, the lawful spouse of Plaintiff Charles Nagy.

14. As a direct and proximate result of the injuries to her spouse, Plaintiff has sustained additional tasks, expenses, and damages to the husband-wife relationship, known as loss of consortium.

Plaintiff Charles Nagy asks the court to award damages against Defendants, in whatever amount Plaintiff is found to be entitled in excess of $25,000.00 plus interest, costs, and attorney fees.

Respectfully submitted,

**THE BOLOTIN LAW OFFICES**

Samuel G. Bolotin (P 26202)
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
419-539-9200

Dated: 7/19/2012

## JURY  DEMAND

Plaintiffs demand jury trial.

Samuel G. Bolotin (P 26202)
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH  43606
419-539-9200

Dated: 7/19/2012

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

CHARLES NAGY and
BRENDA NAGY,

      Plaintiffs,

v                                   Case No. 12-4490 NI
                                   HON. MARGARET M.S. NOE

NATHAN KURTZ and
WILLIAM KURTZ

      Defendants.

_____

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
(419) 539-9200

JOHN W. WHITMAN (P37932)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

_____

## **APPEARANCE**

      PLEASE TAKE NOTICE that the firm GARAN LUCOW MILLER, P.C. has been

retained as attorneys for the Defendants, NATHAN KURTZ and WILLIAM KURTZ, in

this lawsuit and we hereby request copies of all papers filed in the above-captioned

matter.  A responsive pleading will follow.

GARAN LUCOW MILLER, P.C.

JOHN W. WHITMAN (P37932)
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

Dated: August _3_, 2012

## PROOF OF SERVICE

The undersigned, being first duly sworn, says that on this date she served a copy of **DEFENDANTS' APPEARANCE AND PROOF OF SERVICE** upon the following individuals:

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606

by enclosing said documents in an envelope to the above said address(es) and depositing same in the United States mail, postage duly prepaid.

Shana Hultgren

Dated: August _3_, 2012

FILED
39TH CIRCUIT COURT

JUL 2 4 2012

_____ County Clerk
_____ an

STATE   OF   MICHIGAN

IN   THE   39th   CIRCUIT   COURT   FOR   THE   COUNTY   OF   LENAWEE

CHARLES   NAGY   and   BRENDA   NAGY,

          Plaintiffs,        RE-NOTICE   OF   PRE-TRIAL
                             (1st Pre-trial)

    vs.
                           Case  No.  12-4490-NI

NATHAN   KURTZ   and   WILLIAM   KURTZ,

          Defendants.
_____/

This case is hereby set for a pre-trial conference before

  __X__   THE   HONORABLE   MARGARET   M.S.   NOE,   Circuit   Court   I
  _____   THE   HONORABLE   TIMOTHY   P.   PICKARD,   Circuit   Court   II
  _____   THE   HONORABLE   GREGG   P   IDDINGS,   Probate   Court

on   ___December 3, 2012___   at   ___1:30___   p.m.

•   All Attorneys in charge of the case are to be present in person.

•   All parties must be present in person or represented by counsel.

•   A pre-trial statement on the attached form must be filed with the Clerk at least 7 days prior to the pre-trial.

•   The purposes of the pre-trial include presentation of proofs, entry of judgment, and/or:
    •   Setting calendar for future action in this case through trial, including:

        •   Discovery cut-off
        •   Date of exchange of witnesses and exhibits (witnesses and exhibits not disclosed on the date scheduled may not be used at trial absent order of the Court on good cause shown)
        •   Case evaluation date, if to be case evaluated
        •   Next pre-trial date
        •   Date for filing and hearing motions.
        •   Setting trial date
        •   Making any stipulation that may assist in preparation of case.

•   Other matters may be raised during the conference.

                    Respectfully Submitted,

                    THE   BOLOTIN   LAW   OFFICES

                    Samuel G. Bolotin (P 26202)
                    3232 Executive Parkway
                    Toledo, OH  43606
                    ATTORNEY FOR PLAINTIFFS

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

Plaintiff(s)

vs                                                    Case No.

HONORABLE MARGARET M.S. NOE

_____ Defendant(s)/

PRE-TRIAL STATEMENT OF

_____

1. BRIEF STATEMENT OF THEORY OF CASE:

2. REQUESTED ADMISSIONS OF FACT:

3. REQUESTED STIPULATIONS:

4. TIME REQUESTED TO COMPLETE DISCOVERY:                    _____ Days

5. ESTIMATED TIME REQUIRED FOR TRIAL:                       _____ Days

   _____ Jury        _____ Non-Jury

6. SETTLEMENT POSSIBILITY: _____

7. ALL CLAIMS ARISING OUT OF THE TRANSACTION OR
   OCCURRENCE THAT IS THE SUBJECT MATTER OF THE
   ACTION HAVE BEEN JOINED AS REQUIRED BY MCR 2.203:     _____ Yes     _____ No

8. OTHER MATTERS:

Dated:                                    _____

                                          Attorney for
                                          Business Address:

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

CHARLES NAGY and
BRENDA NAGY,

      Plaintiffs,

v                                      Case No. 12-4490 NI
                                      HON. MARGARET M.S. NOE

NATHAN KURTZ and
WILLIAM KURTZ

      Defendants.

_____

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
(419) 539-9200

JOHN W. WHITMAN (P37932)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

_____

### AFFIDAVIT

STATE OF MICHIGAN      )
                           ) ss.
COUNTY OF WASHTENAW)

      JOHN W. WHITMAN, being first duly sworn, deposes and says, that he is associated with the law firm of **GARAN LUCOW MILLER, P.C.** and that he has been charged with the defense and representation of NATHAN KURTZ and WILLIAM KURTZ,

Defendants, herein; that in such capacity he has prepared the foregoing Notice for Removal of Cause to the United States District Court, Eastern District of Michigan, Southern Division, that the matters set forth in said Notice are true except as to those matters stated herein to be upon his information and belief as to which matters he is informed and believes same to be true.

Further deponent sayeth not.

/s/ John W. Whitman
JOHN W. WHITMAN (P37932)

Subscribed and sworn to before me
on the 17th day of August, 2012.

/s/ Shana Marie Hultgren
Shana Marie Hultgren, Notary Public
County of Livingston, acting in Washtenaw
County, State of Michigan
My Commission Expires: 01-30-2016

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

CHARLES NAGY and
BRENDA NAGY,

     Plaintiffs,

v                                 Case No. 12-4490 NI
                                       HON. MARGARET M.S. NOE

NATHAN KURTZ and
WILLIAM KURTZ

     Defendants.

_____

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
(419) 539-9200

JOHN W. WHITMAN (P37932)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

_____

## PROOF OF SERVICE

STATE OF MICHIGAN      )
                            ) ss.
COUNTY OF WASHTENAW)

     SHANA HULTGREN, being first duly sworn, deposes and says that she is associated with the law firm of **GARAN LUCOW MILLER, P.C.**, attorney for Defendant and that on August 17, 2012, she caused to be served a true copy of **NOTICE FOR REMOVAL, AFFIDAVIT, and PROOF OF SERVICE** upon the following:

SAMUEL G. BOLOTIN (P26202)          ASSIGNMENT CLERK
THE BOLOTIN LAW OFFICES             Lenawee County Circuit Court
Attorney for Plaintiffs             425 North Main Street
3232 Executive Parkway              Adrian, MI 49221
Toledo, OH 43606

by enclosing same in a pre-addressed, pre-stamped envelope and depositing same in the
United States Mail.

                                    /s/ Shana Hultgren
156231.1                            Shana Hultgren

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

CHARLES NAGY and
BRENDA NAGY,

      Plaintiffs,

v                                 Case No. 12-4490 NI
                                 HON. MARGARET M.S. NOE

NATHAN KURTZ and
WILLIAM KURTZ

      Defendants.

_____

SAMUEL G. BOLOTIN (P26202)
THE BOLOTIN LAW OFFICES
Attorney for Plaintiffs
3232 Executive Parkway
Toledo, OH 43606
(419) 539-9200

JOHN W. WHITMAN (P37932)
GARAN LUCOW MILLER, P.C.
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

_____

## NOTICE OF FILING OF REMOVAL

TO:    Clerk of the Court – Samuel G. Bolotin, Esq.

        PLEASE TAKE NOTICE that a Notice of Removal of the entitled action from the

Lenawee County Circuit Court, State of Michigan, to the United States District Court for

the Eastern District of Michigan, a copy of which is attached hereto, was duly filed

August 17, 2012, in the United Sates District Court for the Eastern District of Michigan.

GARAN LUCOW MILLER, P.C.

_____
JOHN W. WHITMAN (P37932)
Attorney for Defendants
101 North Main Street, Suite 460
Ann Arbor, MI 48104
(734) 930-5600

Dated: August 17, 2012

## PROOF OF SERVICE

The undersigned, being first duly sworn, says that on this date she served a copy of **DEFENDANTS' NOTICE OF REMOVAL AND PROOF OF SERVICE** upon the following individuals:

> SAMUEL G. BOLOTIN (P26202)
> THE BOLOTIN LAW OFFICES
> Attorney for Plaintiffs
> 3232 Executive Parkway
> Toledo, OH 43606

by enclosing said documents in an envelope to the above said address(es) and depositing same in the United States mail, postage duly prepaid.

Shana Hultgren

Dated: August 17, 2012